IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

TASHANA TOBIERRE, Individually and
as Parent and Natural Guardian of C.P.,
a minor

    Plaintiffs,

vs.

CONTAINERPORT GROUP, INC.,
a Foreign Profit Corporation, and
JOHNATHAN WILLIAM MITCHELL,
an individual,

    Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, TASHANA TOBIERRE, by and through the undersigned attorneys, files this Complaint against Defendants, CONTAINERPORT GROUP, INC., and JOHNATHAN WILLIAM MITCHELL, and alleges as follows:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of

Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Constitution.

2. At all times material hereto, Plaintiff, TASHANA TOBIERRE was an individual residing in Duval County, Florida.

3. At all times material hereto, Plaintiff, C.P., is a minor child, residing with his parent and natural guardian, TASHANA TOBIERRE in Duval County, Florida.

4. At all times material, Defendant, CONTAINERPORT GROUP, INC., was a Foreign Profit Corporation and a federal motor carrier, operating its tractors and/or trailers over the public roadways of the State of Florida. At all times material, Defendant, CONTAINERPORT GROUP, INC., owned or was otherwise in legal possession of a vehicle, tractor and trailer that were being operated with its consent by Defendant, JOHNATHAN WILLIAM MITCHELL. At all times relevant to this litigation Plaintiff, TASHANA TOBIERRE, was a resident of Duval County, Florida.

5. At all times material hereto, Defendant, JOHNATHAN WILLIAM MITCHELL was and is a residient of Montgomery County, Alabama.

6. At all times material hereto, Plaintiff, TASHANA TOBIERRE was the driver of a 2013 Lexis ES350 bearing VIN JTHBK1GG6D2081140.

7. At all times material hereto, Plaitniff, TASHANA TOBIERRE, was pregnant with Plaintiff, C.P at the time of the subject collision.

8. At all times material hereto, Defendant, JONATHAN WILLIAM MITCHELL operated a 2015 Freightliner Truck bearing VIN 1FUJGLDV7FLGL9759, owned or otherwise in legal possesssion by Defendant, CONTAINERPORT GROUP, INC. with the full knowledge and consent of Defendant, CONTAINERPORT GROUP INC.

9. At all times material hereto, the Defendant, CONTINERPORT GROUP INC. owned or was otherwise in legal possession of the vehicle described in paragraph 8.

10. On or about October 21, 2022, Defendant, JOHNATHAN WILLIAM MITCHELL, was operating the above-mentioned motor vehicle on I-295 Northbound by or near intersection Biscayne Boulevard in Duval County, Florida.

11. At the same time and place, Plaintiff, TASHANA TOBIERRE was in her vehicle traveling northbound on I-295.

12. At that time and place, Defendant, JOHNATHAN WILLIAM MITCHELL, negligently operated and/or maintained his vehicle so that it collided with the Plaintiff, TASHANA TOBIERRE's vehicle.

13. At all times relevant to this litigation, Defendant, CONTAINERPORT GROUP, INC., was and is legally liable for the negligent acts of Defendant, JOHNATHAN WILLIAM MITCHELL, because Defendant JOHNATHAN WILLIAM MITCHEL was:

   a. Acting in the course and scope of his employment with CONTAINERPORT GROUP, INC., and/or

   b. Was operating, with its knowledge and consent, a tractor and trailer owned or otherwise legally possessed by Defendant, CONTAINERPORT GROUP, INC., and/or

   c. Was operating under the DOT placard of CONTAINERPORT GROUP, INC.

14. As a result of the force of the collision, Plaintiff, TASHANA TOBIERRE, required an emergency, premature, Cesarean delivery of Plaintiff, C.P.

15. Venue is proper in Duval County, Florida, as the subject accident took place in Duval County, Florida.

## COUNT I
## VICARIOUS LIABILITY OF DEFENDANT
## CONTAINERPORT GROUP, INC.

Plaintiffs readopt and reallege each and every allegation contained in paragraphs 1 through 15 as if they were fully set forth herein, and further says:

16. At all times material hereto, the Defendant, CONTAINERPORT GROUP INC., owned or had custody and control of said 2015 Freightliner Truck bearing VIN 1FUJGLDV7FLGL9759, a Dangerous Instrumentality, operated and driven by Defendant, JOHNATHAN WILLIAMS MITCHELL, with the knowledge and conssent of the Defendant, CONTAINERPORT GROUP INC.

17. At all times material hereto, the Defendant, JOHNATHAN WILLIAM MITCHELL owed a duty to the Plaintiffs, TASHANA TOBIERRE and C.P, to exercise reasonable care in the operation and control of the vehicle in his custody and control so as to not injure the Plaintiffs.

18. On or about October 21, 2022, Defendant, JOHNATHAN WILLIAM MITCHELL, the authorized driver of the vehicle and/or tractor trailer of CONTAINERPORT GROUP, INC, negligently operated the above referenced motor vehicle and/or tractor and trailer, owned by or otherwise in the legal possession of Defendant, CONTAINERPORT GROUP, INC., causing it to collide with the motor vehicle operated by Plaintiff, TASHANA TOBIERRE.

19. Defendant, JOHNATHAN WILLIAM MITCHELL's operation of said vehicle at the time of the subject incident was with the authority and/or permission and/or within the scope of employment of Defendant, CONTAINERPORT GROUP, INC.

20. As the owner of the vehicle identified in paragraph 8, Defendant, CONTAINERPORT GROUP, INC. is responsible for the following:

  a. The acts, omissions, and negligence of JOHNATHAN WILLIAM MITCHELL, who was driving the vehicle with CONTAINERPORT GROUP INC.'s permission and consent.

  b. The operation of the vehicle pursuant to the Dangerous Instrumentality Doctrine; and

  c. The injuries, damages and losses set forth in the following paragraphs.

21. As a direct and proximate result of the aforesaid negligence, Plaintiff, TASHANA TOBIERRE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, TASHANA TOBIERRE, demands judgment for damages and costs against Defendant, CONTAINERPORT GROUP, INC., and a trial by jury of all issues herein.

### COUNT II
### NEGLIGENCE OF DEFENDANT JOHNATHAN WILLIAM MITCHELL

Plaintiffs readopt and reallege each and every allegation contained in paragraphs 1 through 15 as if they were fully set forth herein, and further says:

22. On or about October 21, 2022, Defendant, JOHNATHAN WILLIAM MITCHELL, with the full knowledge and consent of Defendant, CONTAINERPORT

GROUP, INC., operated the above referenced motor vehicle and/or trailer on I-295 northbound.

23. At all times material hereto, the Defendant, JOHNATHAN WILLIAM MITCHELL, owed a duty to operate the above referenced vehicle in a reasonably safe manner.

24. At that time and place, Defendant, JOHNATHAN WILLIAM MITCHELL, negligently operated and/or maintained the motor vehicle so that it collided with the vehicle operated by Plaintiff, TASHANA TOBIERRE.

25. As a direct and proximate result of the aforesaid negligence of Defendant, JOHNATHAN WILLIAM MITCHELL, Plaintiff, TASHANA TOBIERRE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, TASHANA TOBIERRE, demands judgment for damages and costs against Defendant, JOHNATHAN WILLIAM MITCHELL, and a trial by jury of all issues herein.

## COUNT III
## TASHANA TOBIERRE, AS PARENT AND NATURAL GUARDIAN OF C.P., VICARIOUS LIABILITY OF DEFENDANT, CONTAINERPORT GROUP, INC.

Plaintiffs readopt and reallege each and every allegation contained in paragraphs 1 through 15 as if they were fully set forth herein, and further says:

26. Defendant, CONTAINERPORT GROUP, INC., as the owner and/or otherwise in legal possesssion of the vehicle identified in paragraph 8, is and was responsible for the negligent operation of the same.

27. On or about October 21, 2022, Defendant, JOHNATHAN WILLIAM MITCHELL, with the full knowledge and consent of CONTAINERPORT GROUP INC., operated the above referenced motor vehicle on I-295 Northbound in Duval County, Florida.

28. At that time and place, Defendant, JOHNATHAN WILLIAM MITCHELL, negligently operated and or maintained the above referenced motor vehicle and/or trailer, so that it collided with the vehicle operated by Plaintiff, TASHANA TOBIERRE.

29. As a result of the impact, Plaintiff, TASHANA TOBIERRE required an emergency premature, Cesarean delivery of Plaintiff, C.P.

30. Defendant, JOHNATHAN WILLIAM MITCHELL's operation of said vehicle at the time of the subject incident was with the authority and/or permission of Defendant, CONTAINERPORT GROUP, INC.

31. As the owner of the vehicle identified in paragraph 8, Defendant, CONTAINERPORT GROUP, INC. is responsible for the following:

    a. The acts, omissions, and negligence of JOHNATHAN WILLIAM MITCHELL, who was driving the vehicle with CONTAINERPORT GROUP INC.'s permission and consent.

    b. The operation of the vehicle pursuant to the Dangerous Instrumentality Doctrine; and

    c. The injuries, damages and losses set forth in the following paragraphs.

32. As a direct and proximate result of the aforesaid negligence of Defendant, JOHNATHAN WILLIAM MITCHELL, Plaintiff, C.P., suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, TASHANA TOBIERRE, as Parent and Natural Guardian of C.P., demands judgment for damages and costs against Defendant, CONTAINERPORT GROUP INC. and a trial by jury of all issues herein.

## COUNT IV
## TASHANA TOBIERRE, AS PARENT AND NATURAL GUARDIAN OF C.P. NEGLIGENCE OF DEFENDANT JOHNATHAN WILLIAM MITCHELL

Plaintiffs readopt and reallege each and every allegation contained in paragraphs 1 through 15 as if they were fully set forth herein, and further says:

33. On or about October 21, 2022, Defendant, JOHNATHAN WILLIAM MITCHELL, with the full knowledge and consent of Defendant, CONTAINERPORT GROUP, INC., operated the above referenced motor vehicle and/or trailer on I-295 northbound.

34. At all times material hereto, the Defendant, JOHNATHAN WILLIAM MITCHELL, owed a duty to operate the above referenced vehicle in a reasonably safe manner.

35. At that time and place, Defendant, JOHNATHAN WILLIAM MITCHELL, negligently operated and/or maintained the motor vehicle so that it collided with the vehicle operated by Plaintiff, TASHANA TOBIERRE.

36. As a result of the impact, Plaintiff, TASHANA TOBIERRE, required an emergency, premature, Cesarean delivery of Plaintiff, C.P.

37. As a direct and proximate result of the aforesaid negligence of Defendant, JOHNATHAN WILLIAM MITCHELL, Plaintiff, C.P., suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, TASHANA TOBIERRE, as Parent and Natural Guardian of C.P., demands judgment for damages and costs against Defendant, JOHNATHAN WILLIAM MITCHELL and a trial by jury of all issues herein.

## COUNT V
## TASHANA TOBIERRE'S LOSS OF FILIAL CONSORTIUM

Plaintiffs readopt and reallege each and every allegation contained in paragraphs 1 through 37 as if they were fully set forth herein, and further says:

38. Plaintiff, TASHANA TOBIERRE, was pregnant with Plaintiff, C.P. at the time of the subject collision

39. As a result of the impact, Plaintiff, TASHANA TOBIERRE, required an emergency, premature, Cesarean delivery of Plaintiff, C.P.

40. Following the emergency procedure, Plaintiff, C.P. remained in the Neonatal Intensive Care Unit requiring life sustaining treatment.

41. Plaintiff, TASHANA TOBIERRE, was, and continues to be, distraught and overcome with grief due to the emergency Cesarean delivery and witnessing the horrific sight of her premature baby requiring the above-mentioned treatment.

42. As a result of the injuries and trauma sustained by C.P., Plaintiff, TASHANA TOBIERRE, has paid and/or become obligated to pay medical expenses for C.P.'s care and treatment and will be required to do so in the future.

43. Additionally, Plaintiff, TASHANA TOBIERRE, has incurred extra expenses due to the care needs of the minor child, C.P., and transportation for medical treatment and care needed as a result of the collision.

44. Furthermore, Plaintiff, TASHANA TOBIERRE, as the result of the significant trauma and injury resulting in Plaintiff C.P's permanent injury and/or disability is entitled to recover for her permanent loss of filial consortium, including loss of companionship, love, affection, society, services, earnings and solace of her injured minor child.

WHEREFORE, Plaintiff, TASHANA TOBIERRE, demands judgement against the Defendants for damages and for the costs incurred in this action. Trial by jury is demanded of all issues so triable by right.

*CERTIFICATE OF SERVICE ON FOLLOWING PAGE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be furnished to Defendant via process server.

FARAH & FARAH, P.A.

_/s/ JAM_

**Joseph Abdel-Malak, Esq.**
Florida Bar No.: 1017879
10 West Adams Street
Jacksonville, FL 32202
T/F: (904) 862-2740
Primary: jabdelmalak@farahandfarah.com
Secondary: nyaroshevskaya@farahandfarah.com
***Attorney for Plaintiff***