**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TASHANA TOBIERRE, Individually and as Parent and Natural Guardian of C.P., a minor,

Plaintiffs,

CASE NO.: 3:23-cv-00856

vs.

CONTAINERPORT GROUP, INC., a Foreign Profit Corporation, and JOHNATHAN WILLIAM MITCHELL an individual,

Defendants.

______________________________

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, TASHANA TOBIERRE, Individually and as Parent and Natural Guardian of C.P., a minor, and Defendants, CONTAINERPORT GROUP, INC. and JOHNATHAN WILLIAM MITCHELL, respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

1. The Defendants and Plaintiffs have reached an agreement to resolve all claims against one another in this case. The settlement agreement resolves all claims in this litigation.

2. The parties finalized a settlement agreement and have filed a Joint Notice of Dismissal simultaneously with this Notice.

Dated: March 1, 2024.

/s/ Joseph Abdel-Malak
Joseph Abdel-Malak
Florida Bar No.: 1014241
Mario Errico
Florida Bar No.:
FARAH & FARAH
10 West Adams Street
Jacksonville, FL 32202
Primary Email:
jabdelmalak@farahandfarah.com
Email: MErrico@farahandfarah.com
Telephone: (904) 398-2722
*Attorneys for Plaintiff*

/s/ Megan Cunningham
Megan Cunningham
Florida Bar No.: 112552
L. Johnson Sarber, III
Florida Bar No.: 104116
Ashton Hampton
Florida Bar No.: 1036032
CARR ALLISON
The Truist Building
200 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone: (904) 328-6456
Facsimile: (904) 328-6473
Email:
mcunningham@carrallison.com
Email:
jsarber@carrallison.com
Email: ahampton@carrallison.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Joseph Abdel-Malak
Mario Errico
FARAH & FARAH, P.A.
10 West Adams Street
Jacksonville, Florida 32202
Email: Merrico@farahandfarah.com
Email: jabdelmalak@farahandfarah.com
*Attorney for Plaintiffs*

/s/ Megan Cunningham
L. Johnson Sarber, III
Megan Cunningham
Ashton Hampton
*Attorneys for Defendants*